UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PROCE, SCOTT D. § Case No. 13-27908
PROCE, TINA V. §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    Clerk of the U.S. Bankruptcy Court
                    219 S. Dearborn
                    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/05/2014 in Courtroom 240,
                    United States Courthouse
                    c/o Kane County Courthouse
                    100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/05/2014                    By: Kenneth S. Gardner
                                                                  Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PROCE, SCOTT D. § Case No. 13-27908
PROCE, TINA V. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 30.00 |
| leaving a balance on hand of[1] | $ | 5,970.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Illinois Department of Revenue | $ 239,703.68 | $ 239,703.68 | $ 0.00 | $ 4,566.13 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 4,566.13 |
| Remaining Balance | $ 1,403.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 53.87 | $ 0.00 | $ 53.87 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,403.87 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 283,200.24  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (World Financial Network N | $ 140.64 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank | $ 2,386.44 | $ 0.00 | $ 0.00 |
| 000003 | Quantum3 Group LLC as agent for | $ 535.14 | $ 0.00 | $ 0.00 |
| 000004 | Quantum3 Group LLC as agent for | $ 277.98 | $ 0.00 | $ 0.00 |
| 000005 | Quantum3 Group LLC as agent for | $ 948.96 | $ 0.00 | $ 0.00 |
| 000006 | Quantum3 Group LLC as agent for | $ 484.80 | $ 0.00 | $ 0.00 |
| 000007 | Quantum3 Group LLC as agent for | $ 442.30 | $ 0.00 | $ 0.00 |
| 000008 | Quantum3 Group LLC as agent for | $ 149.62 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Capital One Bank (USA), N.A. | $ 8,495.44 | $ 0.00 | $ 0.00 |
| 000011 | General Electric Company | $ 252,771.56 | $ 0.00 | $ 0.00 |
| 000012 | American Express Centurion Bank | $ 10,633.94 | $ 0.00 | $ 0.00 |
| 000013 | Capital Recovery V, LLC | $ 2,533.18 | $ 0.00 | $ 0.00 |
| 000014 | Portfolio Recovery Associates, LLC | $ 1,218.07 | $ 0.00 | $ 0.00 |
| 000015 | Portfolio Recovery Associates, LLC | $ 2,182.17 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance                                              $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                                Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-27908-DRC
Scott D. Proce                                                        Chapter 7
Tina V. Proce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun             Page 1 of 2              Date Rcvd: Aug 06, 2014
                              Form ID: pdf006            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2014.
db/jdb     +Scott D. Proce,    Tina V. Proce,    361 Essex Dr.,    Oswego, IL 60543-7941
20713859   +American Express,    Beckett & Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
21852777    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21639686   +Atlas Acquisitions LLC (World Financial Network N,    294 Union St.,    Hackensack, NJ 07601-4303
20713860   +Attorney Greg Smith,    Lillig and Thorsness,    1900 Spring Rd. #200,    Oak Brook, IL 60523-1495
20713864    BUCKLE,   P.O. Box 659704,    San Antonio, TX 78265-9704
20713862    Best Buy/Capital One,    P.O. Box 71106,    Charlotte, NC 28272-1106
20713863   +Bill Me Later,    P.O. Box 5018,    Lutherville Timonium, MD 21094-5018
20713871   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Children's Place,    P.O. Box 183015,    Columbus, OH 45218-3015)
20713865   +Capital One,    P.O. Box 70886,    Charlotte, NC 28272-0886
21718422    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20713866   +Cenlar Mortgage,    P.O. Box 211091,    Eagan, MN 55121-2491
20713867   +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
20713868   +Chase Bank,    Correspondence Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
20713870   +Chase Bank USA NA c/o,    LTD Financial Services L.P.,    7322 Southwest Freeway #1600,
             Houston, TX 77074-2134
20713872   +Dentists R Us,    38865 Dequindre,    Troy, MI 48083-6812
20713875    Edward Hospital/ Miramed,    P.O. Box 77000,    Detroit, MI 48277-0308
20713876   +Express,   P.O. Box 659617,    San Antonio, TX 78265-9617
20713878   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    P.O. 630778,    Cincinnati, OH 45263)
20713877   +Fair Oaks Insurance,    128 Ridge,    Bloomingdale, IL 60108-1205
21778002   +General Electric Company,    GE Appliances Business Unit,    c/o Michael B Bach DeHaan & Bach LPA,
             25 Whitney Drive Suite 106,    Milford OH 45150-8400
20713879   +General Electric Company,    Appliance Business Unit,    307 N Hurstborne Pkwy,
             Louisville, KY 40222-8593
20713880   +Greenwood Service,    13251 Vicky St.,    Plainfield, IL 60585-8410
20713881   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
             100 W. Randolph Street,    Chicago, IL 60602)
21698758    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
20713883   #+John Proce,    1126 Curtis St.,    Downers Grove, IL 60515-4632
20713888   +Julia Jensen Smolka,    DiMopnte and Lizak LLC,    216 W. Higgins Rd.,    Park Ridge, IL 60068-5706
20713889   +Justice,   P.O. Box 659617,    San Antonio, TX 78265-9617
20713890    Maurices,   P.O. Box 659705,    San Antonio, TX 78265-9705
20713891   +Nicholas and Claire Proce,    5625 Virginia Av.,    Clarendon Hills, IL 60514-1516
20713894   +Nick and Claire Proce,    5625 Virginia Av.,    Clarendon Hills, IL 60514-1516
20713896   +Orchard Bank,    Capital One,    P.O. Box 30258,    Salt Lake City, UT 84130-0258
22029579   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             Successor to CAPITAL ONE,NATIONAL,    ASSOCIATION(CAPITAL ONE BANK(USA), N.A.),    POB 41067,
             Norfolk VA 23541)
20713897    Pier One,    P.O. Box 659617,    San Antonio, TX 78265-9617
20713899   +Robert Wheeler DDS,    1300 Iroquois #130,    Naperville, IL 60563-1636
20713900   +STC Capital Bank,    P.O. Box 1472,    Saint Charles, IL 60174-7420
20713901   +STC Capital Bank,    460 S. 1st St.,    Saint Charles, IL 60174-2806
20713902   +U.S. Dept. of Labor,    Employee Benefits Security Admin.,    230 S. Dearborn St. #2160,
             Chicago, IL 60604-1735
20713904    Victoria's Secret,    P.O. Box 659728,    San Antonio, TX 78265-9728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20763459   +E-mail/Text: bnc@atlasacq.com Aug 07 2014 01:22:51     Atlas Acquisitions LLC,    Attn: Avi Schild,
             294 Union St.,    Hackensack, NJ 07601-4303
22027830    E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2014 01:29:18     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20713869    E-mail/Text: ebn@ltdfin.com Aug 07 2014 01:23:14     Chase Bank USA NA,
             c/o LTD Financial Services,    7322 Sou7thwest Freeway #1600,    Houston, TX 77074
20713873   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2014 01:29:49     Discover,    P.O. Box 3025,
             New Albany, OH 43054-3025
21651346    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2014 01:29:49     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20713874   +E-mail/Text: bankruptcy@edward.org Aug 07 2014 01:25:06     Edward Hospital,    P.O. Box 4207,
             Carol Stream, IL 60197-4207
20753070    E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2014 01:30:53     GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
20713882    E-mail/Text: cio.bncmail@irs.gov Aug 07 2014 01:23:01     Internal Revenue Service,
             Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
21684695    E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2014 01:23:33
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2                  Date Rcvd: Aug 06, 2014
                              Form ID: pdf006             Total Noticed: 48


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20713885      John Proce
20713886      John Proce
20713887      John Proce
20713893      Nicholas Proce
20713892      Nicholas and Claire Proce
20713895      Nick Proce
20713898      PRA Associates
20713861*    +Attorney Greg Smith,    Lillig and Thorsness,    1900 Spring Rd. #200,   Oak Brook, IL 60523-1495
20713884*    +John Proce,    1126 Curtis St.,    Downers Grove, IL 60515-4632
22034679*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                successor to CAPITAL ONE, NATIONAL,    ASSOCIATION,    PO Box 41067,   Norfolk, VA 23541)
20713903    ##+US Dept of Education,    P.O. Box 5202,    Greenville, TX 75403-5202
                                                                                              TOTALS: 7, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2014                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2014 at the address(es) listed below:
              Heather M Giannino    on behalf of Creditor    Cenlar FSB bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Joseph Voiland    jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
              Kent A Gaertner    on behalf of Joint Debtor Tina V. Proce kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Kent A Gaertner    on behalf of Debtor Scott D. Proce kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```