# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
PROCE, SCOTT D. § Case No. 13-27908
PROCE, TINA V. §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) <br><br> PRIOR CHAPTER <br>    ADMIN. FEES AND CHARGES (from **Exhibit 5**) <br><br>    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) <br> GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cenlar Mortgage P.O. Box 211091 Eagan, MN 55121 |  |  |  |  |  |
|  | Fifth Third Bank P.O. 630778 Cincinnati, OH 45263 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | STC Capital Bank P.O. Box 1472 Saint Charles, IL 60174 | | | | | |
| 000009 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | U.S. Dept. of Labor Employee Benefits Security Admin. 230 S. Dearborn St. #2160 Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Beckett & Lee P.O. Box 3001 Malvern, PA 19355 | | | | | |
| | BUCKLE P.O. Box 659704 San Antonio, TX 78265-9704 | | | | | |
| | Best Buy/Capital One P.O. Box 71106 Charlotte, NC 28272-1106 | | | | | |
| | Bill Me Later P.O. Box 5018 Lutherville Timonium, MD 21094 | | | | | |
| | Capital One P.O. Box 70886 Charlotte, NC 28272 | | | | | |
| | Chase Bank Correspondence Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA NA c/o LTD Financial Services L.P. 7322 Southwest Freeway #1600 Houston, TX 77074 | | | | | |
| | Chase Bank USA NA c/o LTD Financial Services 7322 Sou7thwest Freeway #1600 Houston, TX 77074 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Children's Place P.O. Box 183015 Columbus, OH 45218-3015 | | | | | |
| | Dentists R Us 38865 Dequindre Troy, MI 48083 | | | | | |
| | Discover P.O. Box 3025 New Albany, OH 43054 | | | | | |
| | Edward Hospital P.O. Box 4207 Carol Stream, IL 60197 | | | | | |
| | Edward Hospital/ Miramed P.O. Box 77000 Detroit, MI 48277-0308 | | | | | |
| | Express P.O. Box 659617 San Antonio, TX 78265-9728 | | | | | |
| | Fair Oaks Insurance 128 Ridge Bloomingdale, IL 60108 | | | | | |
| | General Electric Company Appliance Business Unit 307 N Hurstborne Pkwy Louisville, KY 40222 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greenwood Service 13251 Vicky St. Plainfield, IL 60585 | | | | | |
| | Justice P.O. Box 659617 San Antonio, TX 78265-9728 | | | | | |
| | Maurices P.O. Box 659705 San Antonio, TX 78265-9705 | | | | | |
| | Orchard Bank Capital One P.O. Box 30258 Salt Lake City, UT 84130 | | | | | |
| | Pier One P.O. Box 659617 San Antonio, TX 78265-9617 | | | | | |
| | Robert Wheeler DDS 1300 Iroquois #130 Naperville, IL 60567 | | | | | |
| | STC Capital Bank 460 S. 1st St. Saint Charles, IL 60174 | | | | | |
| | US Dept of Education P.O. Box 5202 Greenville, TX 75403 | | | | | |
| | Victoria's Secret P.O. Box 659728 San Antonio, TX 78265-9728 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (WORLD FINAN | | | | | |
| 000010 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000013 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000011 | GENERAL ELECTRIC COMPANY | | | | | |
| 000014 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000007 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000008 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 13-27908 RG Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | PROCE, SCOTT D. | Date Filed (f) or Converted (c): | 07/11/13 (f) |
| | PROCE, TINA V. | 341(a) Meeting Date: | 08/19/13 |
| For Period Ending: | 06/14/14 | Claims Bar Date: | 06/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 361 Essex Dr., Oswego IL 60543 | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. checking account - PNC Bank | 700.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. prints and collectables | 100.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. jewelry and watches | 200.00 | 0.00 | | 0.00 | FA |
| 8. musical instruments and sporting goods | 800.00 | 0.00 | | 0.00 | FA |
| 9. 401K - Nationwide Insurance | 65,000.00 | 0.00 | | 0.00 | FA |
| 10. 24.4% interest in Contractors Service Supply | 0.00 | 0.00 | | 0.00 | FA |
| 11. 33.3% interest in CSS, LLP | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2012 tax refund | Unknown | 0.00 | | 0.00 | FA |
| 13. beneficiary - Nicholas J. Proce Trust | Unknown | 0.00 | | 0.00 | FA |
| 14. 2005 Chrysler 300C | 7,000.00 | 0.00 | | 0.00 | FA |
| 15. 2009 Chevrolet Cobalt | 10,000.00 | 0.00 | | 0.00 | FA |
| 16. 1999 Harley Davidson | 4,500.00 | 4,316.00 | | 2,000.00 | FA |
| 17. 1949 Harley Davidson (u) | Unknown | Unknown | | 4,000.00 | FA |
| 18. drum sets | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $383,400.00     $4,316.00     $6,000.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1     Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-27908    RG    Judge: MANUEL BARBOSA | Trustee Name:    JOSEPH R. VOILAND |
| Case Name: | PROCE, SCOTT D. | Date Filed (f) or Converted (c):    07/11/13 (f) |
| | PROCE, TINA V. | 341(a) Meeting Date:    08/19/13 |
| | | Claims Bar Date:    06/10/14 |

Initial Projected Date of Final Report (TFR): 06/15/14    Current Projected Date of Final Report (TFR): 06/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-27908 -DRC | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | PROCE, SCOTT D. | | Bank Name: | Associated Bank |
| | PROCE, TINA V. | | Account Number / CD #: | *******2071 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3810 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/14 | 16, 17 | PNC Bank/Scott Proce | | 1129-000 | 6,000.00 | | 6,000.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,970.00 |
| 09/05/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2100-000 | | 1,350.00 | 4,620.00 |
| 09/05/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2200-000 | | 53.87 | 4,566.13 |
| 09/05/14 | 003003 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | | 4800-000 | | 4,566.13 | 0.00 |

|  | COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 6,000.00 | 6,000.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 6,000.00 | 6,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********2071 | 6,000.00 | 6,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   6,000.00   6,000.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-27908 -DRC | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PROCE, SCOTT D. | | Bank Name: | Associated Bank |
| | PROCE, TINA V. | | Account Number / CD #: | *******2071 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3810 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********2071)

Page Subtotals    0.00    0.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*